UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSE RENE VALDEZ,

                           Petitioner,                        Case No. 1:11cv240

v.                                            Hon. Robert J. Jonker

THOMAS BIRKETT,

                           Respondent.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on March 10, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed March 10, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.


                               _____/s/Robert J. Jonker_____
                                    ROBERT J. JONKER
                             UNITED STATES DISTRICT JUDGE

Dated:  March 28, 2014